IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY PARKER, #178271 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-1236-WKW |
| | ) | (WO) |
| COI PERRY WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On October 24, 2006, the Magistrate Judge filed a Recommendation (Doc. # 19) in this case. No objections were filed.  Upon  an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED; and

2. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 28th day of November, 2006.

                                 /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE